NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATENT COMPLIANCE GROUP, INC.,**
*Plaintiff-Appellant,*

v.

**WRIGHT MEDICAL TECHNOLOGY, INC.,**
*Defendant-Appellee.*

---

2011-1176

---

Appeal from the United States District Court for the Northern District of Texas in case no. 10-CV-0289, Judge Ed Kinkeade.

---

## ON MOTION

---

## ORDER

Upon consideration of Wright Medical Technology, Inc's unopposed motion to dismiss this appeal with prejudice, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN 2 4 2011                    /s/ Jan Horbaly
Date                           Jan Horbaly
                               Clerk

cc:  Michael C. Zweber, Esq.
     Louis Norwood Jameson, Esq.

s20

     Issued As A Mandate:  JUN 2 4 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 4 2011

JAN HORBALY
CLERK